**Jeffrey Neal McKNIGHT,**
**Plaintiff–Appellant,**

v.

**STATE OF LOUISIANA BESE BOARD,**
**State of Louisiana Department of Education, Cecil Picard, Superintendent, The Louisiana Legislature, Defendants–Appellees.**

**No. 06–31017**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 14, 2007.

Jeffrey Neal McKnight, Baton Rouge, LA, pro se.

David Alexander Young, Office of the Attorney General for the State of Louisiana, Baton Rouge, LA, for Defendants–Appellees.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appellant Jeffrey Neal McKnight is appealing a dismissal under FED.R.CIV.P. 12(b)(6) for failure to state a cognizable claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* We review dismissal under FED.R.CIV.P. 12(b)(6) *de novo. Martin K. Eby Constr. Co. v. Dallas Area Rapid Transit,* 369 F.3d 464, 467 (5th Cir.2004) (citation omitted). We agree with the district court that the complainant fails to state a claim under Title VII, since a student is not considered an employee of a school. *See O'Connor v. Davis,* 126 F.3d 112, 116 (2d Cir.1997). *See also McGuinness v. Univ. of New Mexico Sch. of Med.,* 170 F.3d 974, 979 (10th Cir.1998). The complaint is vague as to how his claims amount to constitutional violations or violations of other federal laws warranting relief.

The judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.